SRP:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. **00-6097**

18 USC 1542
18 USC 911      **CR-FERGUSON**
18 USC 1621
                **MAGISTRATE JUDGE
                SNOW**

UNITED STATES OF AMERICA

v.

EGLA MAXWELL SAINTIL,
a/k/a " Egla May Maxwell,"

　　　　　Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about December 17, 1998, at Broward County, in the Southern District of Florida, the defendant,

EGLA MAXWELL SAINTIL,
a/k/a " Egla May Maxwell,"

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States,



for her own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that she was DEANDRA ANTOINETTE PLUMMER and a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, she was not DEANDRA ANTOINETTE PLUMMER and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

## COUNT II

On or about December 17, 1998, at Broward County, in the Southern District of Florida, the defendant,

EGLA MAXWELL SAINTIL,
a/k/a " Egla May Maxwell,"

an alien, did knowingly and willfully falsely represent herself to be a citizen of the United States, in that she presented a counterfeit birth certificate of a DEANDRA ANTOINETTE PLUMMER, born in the State of Georgia, claiming this to be her own birth certificate, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 911.

## COUNT III

On or about December 17, 1998, at Broward County, in the Southern District of Florida, the defendant,

EGLA MAXWELL SAINTIL,
a/k/a "Egla May Maxwell,"

having duly taken an oath before a competent passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations she had made on her application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matter which she then and there did not believe to be true, in that she stated under oath as aforesaid that she was DEANDRA ANTOINETTE PLUMMER and was born in the State of Georgia, when in truth and in fact and as the defendant then and there well knew, she was not DEANDRA ANTOINETTE PLUMMER and was not born in the State of Georgia; in violation of Title 18, United States Code, Section 1621.

                                A TRUE BILL

                                _____
                                FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. 00-6097

v.

EGLA MAXWELL SAINTIL            **CERTIFICATE OF TRIAL ATTORNEY***
                                **Superseding Case Information**:

**Court Division**: (Select One)         New Defendant(s)         Yes ___   No ___
                                         Number of New Defendants ___
___ Miami   ___ Key West                 Total number of counts   ___
_X_ FTL     ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the indictment/information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _NO_
   List language and/or dialect  _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_          Petty    ___
   II   6 to 10 days      ___          Minor    ___
   III  11 to 20 days     ___          Misdem.  ___
   IV   21 to 60 days     ___          Felony   _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No    If yes, was it pending in the Central Region? _ Yes _ No

/s/ Steven R. Petri
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A550048

*Penalty Sheet(s) attached                                          REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant Name: EGLA MAXWELL SAINTIL   Case No. 00-6097

CR-FERGUSON

MAGISTRATE JUDGE
SNOW

Count #: 1

False Statement in Application for U.S. Passport

18 U.S.C. §1542

*Max. Penalty: 10 years' Imprisonment; and $250,000 fine.
==========================================================================
Count #: 2

False Claim to U.S. Citizenship

Title 18, United States Code, Section 911

*Max. Penalty: 3 years' Imprisonment; and $250,000 fine
==========================================================================
Count #: 3

Perjury

Title 18, United States Code, Section 1621

*Max. Penalty: 5 years' Imprisonment; and $250,000 fine
==========================================================================
Count #:



*Max. Penalty:
==========================================================================
Count #:



*Max. Penalty:
==========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98