AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PETRI

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

EGLA MAXWELL SAINTIL a/k/a Egla May Maxwell

**WARRANT FOR ARREST**

CASE NUMBER: 00-6097

CR-FERGUSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  EGLA MAXWELL SAINTIL

MAGISTRATE JUDGE
SNOW

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense)   False statement in application of a passport; false claim to U.S. citizenship and perjury.

FILED by ___ D.C.
APR 13 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

in violation of Title  18  United States Code, Section(s) 1542, 911 and 1621

CLARENCE MADDOX
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL   —   April 13, 2000
Date and Location

by  BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____EGLA MAXWELL SAINTIL_____

ALIAS: _____A/k/a Egla May Maxwell LAST KNOWN RESIDENCE:_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: State Department - Andrew Kavanaugh 305 536 5781

_____