

FILED by _____ D.C.

MAY 2 2 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2003-48

IN RE:

**REASSIGNMENT OF DISTRICT JUDGE
WILKIE D. FERGUSON, JR.'S CASES**
_____/

Due to Judge Wilkie D. Ferguson, Jr.'s current medical
incapacitation, and pursuant to Sections 2.07.00 and 3.03.00 of the
Court Policy Manual, it is herein

**ORDERED** that the following civil cases will be transferred to
the Honorable William P. Dimitrouleas forthwith:

| | |
|---|---|
| 0:01CV7139 | Monestime v. United States |
| 0:01CV7768 | Poirier v. Dept. of Corrections |
| 0:02CV60674 | Access for the Disabled v. Gateway Florida |
| 0:02CV60784 | Shalom Hotels, Ltd. v. Levy |
| 0:02CV61098 | Fuente Cigar Ltd. v. CTI Tabacco Industries |
| 0:02CV61281 | Alliance for ADA v. Domin |
| 0:02CV61564 | Buckhanan v. Dept. of Corrections |
| 0:02CV61611 | Dockwise Shipping v. M/V Stupendous |
| 0:03CV60027 | Alliance for ADA v. ANV Corporation |
| 0:03CV60082 | Jagtiani v. Commissioner of SSA |
| 0:03CV60290 | DirecTV, Inc. v. Godrey |
| 0:03CV60429 | Gilzene v. D'Agostino |
| 0:03CV60741 | Marcus v. Liebowitz |
| 0:03CV60796 | Gethers v. Commissioner of SSA |
| 1:98CV298 | Miami Cerebral Palsy v. Bock |
| 1:02CV21942 | Knight v. United States |
| 9:02CV80604 | Colonial Penn Frank v. Viklund |
| 9:02CV80819 | boland v. Siemans Information |

It is further **ORDERED** that the following criminal cases will
be likewise transferred to Judge Dimitrouleas forthwith:

| | |
|---|---|
| 0:00CR06097 | United States v. Saintil |
| 0:00CR06225 | United States v. Meneses |
| 0:02CR60160 | United States v. Lowe |
| 0:02CR60221 | United States v. Mouttet |
| 0:03CR60065 | United States v. Fernandez, et al. |

```
0:03CR60093      United States v. Wiggins
1:96CR00707      United States v. Susar, et al.
1:00CR00545      United States v. Osorio, et al.
```

Magistrate Judge Lurana S. Snow shall effect the transfer of those cases that are currently referred to her by certifying that all pending fully briefed motions have been resolved and ordering that the Clerk transfer the cases to Magistrate Judge Barry S. Seltzer, who is paired with Judge Dimitrouleas. Those cases which are not referred may be administratively transferred to the new Magistrate Judge by the Clerk upon the direction of Magistrate Judge Snow. The Clerk shall promptly execute the transfers to the new Magistrate Judge, and upon doing so shall immediately change the case's magistrate judge designation to Magistrate Judge Seltzer.

The Clerk's Office is directed to ensure that counsel of record in all transferred cases is noticed of the transfer via the Court's Faxback program.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of May, 2003.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

c.    Judge William P. Dimitrouleas
      Magistrate Judge Lurana S. Snow
      Magistrate Judge Barry S. Seltzer
      Clarence Maddox, Court Administrator • Clerk of Court
      All Counsel of Record