UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6097-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EGLA MAXWELL SAINTIL,

      Defendant.



FILED by _____ D.C.

MAY 2 7 2003

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD

_____

### CERTIFICATION FOR TRANSFER

      THIS CAUSE is before the Court upon the instructions of Administrative Order 2003-48 issued by William J. Zloch, Chief United States District Judge.  The undersigned has reviewed the file and hereby certifies that there are no pending referred motions in this cause.

      THEREFORE, the Clerk of the Court shall transfer this case to Barry Seltzer, United States Magistrate Judge  and ensure that counsel of record is noticed via the Court's Faxback program.

      DONE AND SUBMITTED at Fort Lauderdale, Florida, this 27th day of May, 2003.

                        *Lurana S. Snow*
                      ————————————————
                      LURANA S. SNOW
                      UNITED STATES MAGISTRATE JUDGE

Copies to:

William Dimitrouleas, United States District Judge (FTL)
Barry Seltzer, United States Magistrate Judge (FTL)
AUSA Steven Petri (FTL)

